UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JENNIFER BROUGHTON,

Plaintiffs,

v.

CVS PHARMACY INC.,

Defendants.

Case No. 25-cv-03986-AGT

**FIRST AMENDED CASE MANAGEMENT ORDER**

The case management order dated December 5, 2025, dkt. 17, is hereby vacated. The Court sets the following dates and deadlines, none of which will be modified without Court approval upon a showing of good cause. Deadlines for pretrial filings (e.g., motions in limine, witness and exhibit lists) will be set at a later date.

| **Event** | **Date/Deadline** |
|---|---|
| Parties to agree upon, schedule, and file mediation date | September 18, 2026 |
| Fact and expert discovery cutoff | March 15, 2027 |
| Deadline to file dispositive motions | April 16, 2027 |

| | |
|---|---|
| Final pretrial conference | September 9, 2027 |
| Jury trial | September 27–October 1, 2027 |

**IT IS SO ORDERED.**

Dated: September 4, 2026

Alex G. Tse
United States Magistrate Judge